FRANK TRUSH,

*vs.*

ELEANOR M. SHIELDS.

*New Castle, July* 25, 1932.

*Henry R. Isaacs,* for petitioner.

*A. James Gallo* and *Francis A. Reardon,* for complainant.

THE CHANCELLOR: The petition for leave to intervene should be denied. *Ehrenstrom v. Phillips,* 9 *Del. Ch.* 74, 77 *A.* 80, is decisive upon the question. The fact that a vendee of land who acquired title with notice of a prior outstanding contract of purchase in another will be required specifically to perform the latter's contract, as was held in *Long v.* *Chandler, et al.,* 11 *Del. Ch.* 125, 98 *A.* 189, has no bearing upon the question which *Ehrenstrom v. Phillips, supra,* decides. That case, I may say, recognizes the propriety of the complainant's joining the rival purchaser as a party defendant. It would be well for the complainant to consider whether it would be prudent for him to proceed with the cause until after he has made the petitioner a party.

The pending petition, however, must be dismissed.